PATENT ELASTIC FELT COMPANY, *Respondent*, v. FRANCIS B. SPENCER, *Appellant.*— Judgment affirmed. Opinion by BRADY, J.

ADAM MOSER v. THE MAYOR, ETC., OF THE CITY OF NEW YORK. — Judgment affirmed. Opinion by BRADY, J.

THE FARMERS' LOAN AND TRUST COMPANY, *Respondent*, v. SARAH JAMES and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

GEORGE A. VOGEL, *Appellant*, v. THE MAYOR, ETC., OF THE CITY OF NEW YORK, *Respondent.* — Judgment affirmed. Opinions by DAVIS, P. J., and DANIELS, J.

MARIA METZGER, *Appellant*, v. HENRY HERRMANN, *Respondent.*— Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

ALEXANDER LOW, *Appellant*, v. THE BROOKLYN, FLATBUSH AND CONEY ISLAND RAILROAD COMPANY, *Respondent.* — Judgment affirmed. Opinion by DANIELS, J.

FREDERICK DE PEYSTER, *Respondent*, v. JOHN BRIGHT and others, *Appellants.* — Judgment reversed, and judgment to be entered as directed in opinion, cost of all parties to be paid out of the fund. Opinion by DAVIS, P. J.

RILEY A. BRICK, *Respondent*, v. FRANK F. FOWLER, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

ERASTUS F. MEAD and DAVID S. DUNCOMB, *Trustees, etc., Respondents*, v. THE HOUSATONIC RAILROAD COMPANY, *Appellant.* — Judgment affirmed. Opinion by DANIELS, J.

JOHN G. GOTTSBERGER, *Appellant*, v. ANN FARRELL, *Respondent* — Judgment affirmed. Opinion by DANIELS, J.

EDMUND J. McCARTHY, *Appellant*, v. JOHN KELLY, *Sheriff, etc., Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J.

JACOB MILLER, *Appellant*, v. JOHN McCLOSKEY, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.